# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| Fairfield Industries Incorporated d/b/a FairfieldNodal,<br><br>        Plaintiff,<br>vs.<br><br>Seabed Geosolutions (US) Inc. and Seabed Geosolutions B.V.,<br><br>        Defendants. | Case No. 4:17-cv-01458<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES FOR UPCOMING BRIEFING ON PLAINTIFF'S MOTION TO DISMISS DEFENDANTS' FIRST COUNTERCLAIM (ATTEMPTED MONOPOLIZATION AND MONOPOLIZATION), SECOND COUNTERCLAIM (UNFAIR COMPETITION), AND STRIKE DEFENDANT'S EIGHTH AFFIRMATIVE DEFENSE (UNENFORCEABILITY)

The Court having considered the unopposed motion to extend and finding it meritorious hereby ORDERS:

1. The Defendants' deadline for responding to Plaintiff's motion (Doc. # 100) is extended to January 25, 2019; and

2. The Plaintiff's deadline for filing a reply in support of its motion (Doc. # 100) is extended to February 15, 2019.

12-21-18

_____
Nancy F. Atlas
United States District Judge