UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Magseis FF LLC and | ) | |
| Fairfield Industries Incorporated d/b/a | ) | |
| Fairfield Geotechnologies | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:17-cv-01458 |
| | ) | |
| Seabed Geosolutions (US) Inc. and | ) | **JURY TRIAL DEMANDED** |
| Seabed Geosolutions B.V., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>ORDER</u>

Before the Court is Plaintiff Magseis FF LLC's Motion for Leave to File Third Amended and Supplemental Complaint Joining New Fugro and PXGEO Defendants and to Temporarily Lift Stay to Do So. Being fully advised, it is now ORDERED that Plaintiff's Motion is hereby GRANTED.

It is so ORDERED.

_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge